1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:  (510) 637-3724
       E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. 4-11-70780-MAG
                                        )   No. 4-11-70781-MAG
14              Plaintiff,              )
                                        )   STIPULATION AND ORDER TO
15       v.                             )   CONTINUE STATUS CONFERENCE
                                        )   AND EXCLUDE TIME UNDER THE
16  EDUARD ARAKELYAN, and               )   SPEEDY TRIAL ACT
    ARMAN VARDANYAN,                    )
17                                      )
                Defendants.             )
18

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendants through their undersigned attorneys, Leo Fasen and

21  Jerry Kaplan, that the preliminary hearing or arraignment presently set for September 23, 2011,

22  be continued to October 24, 2011 at 9:30 a.m.  Defense counsel requires additional time to

23  review the produced discovery and conduct necessary investigation.  In addition, Mr. Kaplan

24  will be unavailable for most of October.  The parties agree that the delay is not attributable to

25  lack of diligent preparation on the part of the attorney for the government or defense counsel.

26  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on

27  the defense's need for reasonable time necessary for effective preparation, taking into account

28  the exercise of due diligence.  Defendant also agrees to waive the timing of a preliminary

hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1. The parties agree that the waiver covers all time between the date of this stipulation and October 24, 2011.

IT IS SO STIPULATED:

Dated: September 21, 2011                                /S/
                                                           JERRY KAPLAN
*Attorney for Defendant Vardanyan*

Dated: September 21, 2011                                /S/
                                                           LEO FASEN
*Attorney for Defendant Arakelyan*

Dated: September 21, 2011                                /S/
                                                           JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for September 23, 2011 is hereby rescheduled for October 24, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between September 21, 2011 and October 24, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 21, 2011 and October 24, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between September 21, 2011 and October 24, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). In addition, upon consent of defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and

//

1 //

2 //

3 Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between September 21,

4 2011 and October 24, 2011.

6 DATED: September 22, 2011

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER
No. 4-11-70780-MAG & 4-11-70781-MAG           -3-