MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

TAMARA WEBER (ILBN 6270925)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:   (510) 637-3724
    E-Mail:      Tamara.Weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>EDUARD ARAKELYAN, and  )<br>ARMAN VARDANYAN  )<br>  )<br>    Defendants.  ) | No. CR-12-00153-CW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE, SETTING INITIAL APPEARANCE BEFORE DISTRICT JUDGE, AND EXCLUDING TIME |

WHEREAS the parties are currently scheduled to appear before Magistrate Judge Laurel Beeler on March 8, 2012 at 9:30 a.m. for status, arraignment on the Information filed on March 5, 2012, and setting of an initial appearance before District Court Judge Claudia Wilken;

WHEREAS the parties request an initial appearance date before District Court Judge Claudia Wilken on March 20, 2012 at 2:30 p.m.;

WHEREAS the parties have negotiated signed plea agreements for both defendants;

WHEREAS the defendants and their counsel reside in the Los Angeles area and would like to appear before U.S. Magistrate Judge Donna Ryu and U.S. District Court Judge Claudia Wilken on the same day, March 20, 2012, in order in order to avoid costs associated with traveling from Los Angeles to San Francisco on March 8, 2012;

1    WHEREAS discovery has been provided to the defense, and defense counsel continues to
2 investigate this case, the parties request that the arraignment be reset from March 8, 2012 to
3 March 20, 2012 for effective preparation of counsel and continuity of counsel; and
4    WHEREAS defendants agree to waive the timing of a preliminary hearing or indictment
5 under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.
6    THE PARTIES HEREBY STIPULATE AND AGREE THAT:
7    (1) The arraignment on the Information shall be rescheduled from March 8, 2012 to
8 March 20, 2012 at 9:30 a.m. before Magistrate Donna M. Ryu;
9    (2) The parties' initial appearance before District Court Judge Claudia Wilken shall be
10 scheduled for March 20, 2012 at 2:30 p.m.; and
11    (3) Time should be excluded from the calculations under the Speedy Trial Act and
12 Federal Rule of Criminal Procedure 5 from March 8, 2012 to March 20, 2012 for good cause,
13 and because it is necessary for effective preparation and continuity of defense counsel.  See  18
14 U.S.C. § 3161(h)(7)(B)(iv).  Additionally, the ends of justice served by such a continuance
15 outweigh the best interests of the public and the defendant in a speedy trail.  See 18 U.S.C. §
16 3161(h)(8)(A).
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1    (4) Upon consent of the defendants, the timing of a preliminary hearing or indictment is
2 waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1. This waiver
3 covers all time between March 8, 2012 and March 20, 2012.
4 IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: March 6, 2012                                                /s/
                                                             TAMARA WEBER
                                                             Special Assistant United States
                                                             Attorney

Dated: March 6, 2012                                                /s/
                                                             PAUL ROSEN
                                                             Trial Attorney
                                                             Department of Justice

Dated: March 6, 2012                                                /s/
                                                             JERRY KAPLAN
                                                             Attorney for Defendant

Dated: March 6, 2012                                                /s/
                                                             LEO FASEN
                                                             Attorney for Defendant

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:

(1) The arraignment on the Information shall be continued from March 8, 2012 to March 20, 2012 at 9:30 a.m. before Magistrate Judge Donna M. Ryu;

(2) The parties' initial appearance before U.S. District Court Judge Claudia Wilken shall be set for March 20, 2012 at 2:30 p.m.; and

(3) Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude time between March 8, 2012 and March 20, 2012 would unreasonably deny the defense effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 8, 2012 and March 20, 2012 from computation under the Speedy Trial Act

1  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is
2  hereby ordered that the time between March 8, 2012 and March 20, 2012 shall be excluded from
3  computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
4         (4) In addition, upon consent of the defendants, the timing of a preliminary hearing or
5  indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure
6  5.1.  This waiver covers all time between March 8, 2012 and March 20, 2012.

DATED: March  7 , 2012                    _____
                                          HONORABLE ~~DONNA M. RYU~~ LAUREL BEELER
                                          United States Magistrate Judge